J. W. JONES V. THE STATE.

No. 19384. Delivered February 9, 1938.

The opinion states the case.

*Paul Petty,* of Ballinger, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

598

MORROW, Presiding Judge.—The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence adduced upon the trial is not brought forward for review.

The only complaint made of the procedure is that embraced in a bill of exception which, as qualified by the trial judge, reflects no error.

The judgment is affirmed.

*Affirmed.*